[No. 6908–3–II.  Division Two.  June 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
G. GRATZER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–00090–8, William L. Brown, Jr., J.,
entered January 3, 1983. *Affirmed* by unpublished opinion
per Worswick, C.J., concurred in by Petrich and Alexander,
JJ.

[No. 6479–4–III.  Division Three.  June 4, 1985.]

*In the Matter of the Marriage of* BETTY JO
GEIGER, *Appellant, and* PHILIP THOMAS
GEIGER, *Respondent.*

Appeal from a judgment of the Superior Court for Gar-
field County, No. 4469, Jay R. Jones, J., entered April 6,
1984. *Reversed* and *remanded* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 6977–6–II.  Division Two.  June 5, 1985.]

NORTHWEST ALUMINUM PRODUCTS, INC., *Appellant,* v.
RICHARD CLAUSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–03374–5, Arthur W. Verharen, J., entered
March 11, 1983. *Dismissed* by unpublished opinion per
Petrich, J., concurred in by Worswick, C.J., and Alexander,
J.